IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | CR 09-279 (see CA 13-1693) |
| ROBERT B. LYNN, ) | |
| ) | |
| Defendant/Petitioner. ) | |

O R D E R

AND NOW, this 30th day of December, 2014, upon consideration of Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 383), and affirmation and memorandum of law in support thereof (Doc. No. 383, Att.), filed in the above captioned matter on November 27, 2013, as well as the Government's response thereto (Doc. No. 391), filed on February 4, 2014, and Petitioner's reply (Doc. No. 397), filed on May 15, 2014,

IT IS HEREBY ORDERED that, for the reasons set forth in the Memorandum Opinion filed herewith, Petitioner's Motion is DENIED. Further, this Court will not issue a certificate of appealability in this case because, for the reasons set forth in the Memorandum Opinion, Petitioner has not made a substantial showing of the denial of a constitutional right.

s/Alan N. Bloch
                                        United States District Judge

ecf: Counsel of record

cc:  Robert Lynn, Fed. Reg. No. 30495-068
     FCI Loretto
     P.O. Box 1000
     Loretto, PA 15940